```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :        INDICTMENT

     - v. -                       :        07 Cr.

BOBBY NUNEZ-PENA,                 :
     a/k/a "Johnny Gonzalez,"
     a/k/a "Luis Orlando Rosado," :
     a/k/a "Roberto Balaguer,"
     a/k/a "Bob Pena,"            :

               Defendant.         :

- - - - - - - - - - - - - - - - -x
```



07 CRIM. 748

## COUNT ONE

The Grand Jury charges:

On or about May 4, 2007, in the Southern District of New York and elsewhere, BOBBY NUNEZ-PENA, a/k/a "Johnny Gonzalez," a/k/a "Luis Orlando Rosado," a/k/a "Roberto Balaguer," a/k/a "Bob Pena," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction for Distribution of Cocaine, a violation of Title 21, United States Code, Section 841(a)(1), in the United States District Court for the Eastern District of Pennsylvania, on or about June 13, 1997, without having obtained the express consent of the Attorney

General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_/s/ Katherine N. Brooks_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BOBBY NUNEZ-PENA,
a/k/a "Johnny Gonzalez,"
a/k/a "Luis Orlando Rosado,"
a/k/a "Roberto Balaguer,"
a/k/a "Bob Pena,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature: Katherine N. Brooks]*
Foreperson.

*8/13/07 TLC: Post 11/1/57 Indictment filed. Assigned to Judge Baer.*

*Peck, MJ.*