**Federal Defenders**
**OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

*Southern District of New York*
John J. Byrnes
Attorney-in-Charge

December 28, 2007

**RECEIVED**
DEC 28 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re: **United States v. Bobby Nunez-Pena**
    07 Cr. 748 (HB)

Dear Judge Baer:

My client Bobby Nunez-Pena is scheduled to be sentenced by the Court on January 3, 2008 at 10:30 a.m. I write to request that the sentencing date be adjourned. I need additional time to review the presentence report with Mr. Rojas-Savinon and prepare my sentencing submission. Mr. Nunez-Pena was previously represented by an attorney who recently left our office.

Respectfully submitted,

John Byrnes /KS

John J. Byrnes
Attorney-in-Charge
Tel.:(212) 417-8735

*adjourned to January 24 at 11 AM*

cc: Kenneth Polite, Esq.
    Assistant U.S. Attorney/SDNY

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 12/28/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

TOTAL P.002