# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

BOBBY NUNEZ-PENA,    Defendant.

Docket Number __07 Cr. 748 (HB)__

Honorable Harold Baer, Jr.
(District Court Judge)

Notice is hereby given that **the defendant, Bobby Nunez-Pena** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]:  order [ ]:  other [ ]: _____
(specify)

entered in this action on __03/14/08__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ]:    sentence only [ ]:    conviction and sentence [✓]

Date: **March 17, 2008**

TO:
Kenneth Polite, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Bobby Nunez-Pena
Reg. No. 50186-066  MDC

ADD ADDITIONAL PAGE IF NECESSARY

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Flor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

| ➤ QUESTIONNAIRE | ➤ TRANSCRIPT ORDER ➤ | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|---|
| [✓] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br>10/04/07<br><br>03/14/08 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ➤ Method of payment [ ] Funds  [ ] CJA Form 24

ATTORNEY'S Signature: _[signature]_    DATE  **March 17, 2008**

➤ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL