SDNY/NYNY
07-CR-748
Baer

**MANDATE ORIGINAL**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------X

UNITED STATES OF AMERICA,

                Appellee.

    -against-

BOBBY NUNEZ-PENA,

                Appellant.
----------------------------------X

**S T I P U L A T I O N**

Dkt. No. 08-1309-cr

FILED AUG 1 2 2008

It is hereby stipulated between the parties, with the approval of appellant **Bobby Nunez-Pena**, that the above-captioned appeal is withdrawn.

Dated: August 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

BOBBY NUNEZ-PENA
**BOBBY NUNEZ-PENA**
a/k/a Johnny Gonzalez
No. 08-R-2111
Ulster Correctional Facility
P.O. Box 800
Berme Road
Napanoch, New York 12458

**DAVID A. LEWIS**, Esq.
Federal Defenders of N.Y.
   Appeals Bureau
52 Duane Street, 10th Floor
New York, New York 10007
Tel. No.: (718) 407-7402

U.S. DISTRICT COURT FILED AUG 27 2008 S.D. OF N.Y.

**KENNETH A. POLITE**, Esq.
Assistant U.S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Tel. No.: (212) 637-2581

**SO ORDERED:**

_____
Date

**FOR THE COURT:**
**CATHERINE O'HAGAN WOLFE,**
By: Judy P.
Judy Pisnanont, Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

Certified 8-12-08